■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUDIE MATTHEWS, Appellant. [737 NYS2d 876] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered July 11, 2000, convicting him of criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of criminal possession of stolen property in the third degree is unpreserved for appellate review (*see, People v Thomas,* 266 AD2d 571; *People v James,* 265 AD2d 427). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual

power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Prudenti, P.J., Santucci, Luciano and Schmidt, JJ., concur.